This case is 06-1327, Wall v. Army. Mr. Bella. Good morning. Mr. Bella, you reserved three minutes for rebuttal. That's right, Your Honor. Whenever you're ready. May it please the Court. This case concerns two reverse osmosis water plants that were constructed on the banks of the Euphrates River in southern Iraq. I see this case in the issue before the Court as essentially a factual dispute. I don't think that we disagree on the legal standard in terms of privity, jurisdiction, whether there's a contract. It all adds up to the same question. We do take the position, Your Honor, that the Board of Contract Appeals applied the wrong standard. They dismissed this case on what is essentially summary judgment. They didn't reference the summary judgment standard. They simply said that there was overwhelming evidence which is not the correct standard. I'd like to focus on some of the facts in the record and sort of present them to the Court so you can understand our position as to what happened, because it's somewhat complicated. Well, Phil, the judgement is a summary judgment. On what basis do we regress the Court? Can you just tell us why we should regress the Court? Because there are material facts in dispute. What is the evidence? I assume by the material facts in dispute you mean that Mr. Waller was a party to the contract, not RTI. Is that right? Yes, Your Honor. Okay, so what are exactly the material facts that Mr. Waller has presented below that make it clear that there is a dispute of fact? Sure. Mr. Waller testified in his declaration that he entered into a verbal contract with the CPA to build the water lines. That is his testimony. What the government says... Counsel, with his testimony standing alone in the face of a mountain of evidence on the other side where the government says that they did not contract with Mr. Waller but rather with RTI, would his testimony standing alone in an affidavit be sufficient to give rise to a material fact in dispute? My answer, Your Honor, would be this, that the government has not said it had a contract with RTI. And in fact, if you look at the statement of the government's witnesses, they don't necessarily deny that there was a verbal contract with Mr. Waller. And that's... I want to try to just provide, Your Honors, with some of the relevant facts. There's a couple of players here from the CPA. There's more than one person. The whole situation starts in September 2003. Ambassador Paul Brenner is visiting southern Iraq. Counsel, I need you to focus on just the one issue. I want to know exactly what is the material facts that exist, exactly what facts Mr. Waller presented, other than his own assertion that he was a party to the contract. He testifies that he had an agreement to build water plants. Mr. Born, Mr. Wheel, and Mr. Lawson, if I can explain how, I think the record shows that that's consistent. There are some written documents, not many, for some obvious reasons that this was essentially a post-war zone, there were bombs that destroyed records. There is a receipt, which I think is one of the most interesting pieces of evidence, that says Mr. Waller received half of the funds, the first $100,000. He signed the receipt. Counsel, the receipt says he received it on behalf of RTI. He signed it and it says on behalf of RTI. That's one of the issues in this dispute, is what does that ambiguous phrase mean, on behalf of RTI? Because RTI has not taken any position in this case. It submitted declarations. RTI doesn't claim that it had a contract. And the government says, it denies that it had a contract with RTI. So why would he sign the receipt saying Alan Waller on behalf of RTI? Well, he signed the receipt in his own name. He signed it just Alan Waller because he did in fact receive the money. Because he was acting out, he was the point person with the government. He was working with RTI and ARC and other subcontractors to get the finance done. He was the point person. The racist hand said, I can get this done. Ambassador Waller and Mr. Warren said, we need somebody who said, I can do it, in my own behalf. At that time, he wasn't even working for RTI. And the declarations say... At the time, he accepted the contract. He wasn't working for RTI. Because I understood his employment with RTI to go through April. I'm talking about September 2003. He was kind of downshifting from ARC and he had not yet been hired by RTI. He's at this meeting, he says, I can build water plants. Because that's what he had helped do at ARC. ARC essentially became defunct, but he knew the people they had used. He said, I can do that. He starts with RTI. RTI has full knowledge and there's a statement in the record that he was still finishing up ARC work. So he's sort of wearing both hats or three hats, if you will. He was doing a lot of activities in the Middle East and still is. He said, I can do this. And the testimony says, if I could just real quickly, Warren says that Mr. Waller said that Bremer... And this is Warren's testimony. That he, Mr. Waller, was having two reverse osmosis units produced. That's Warren. That's the person he enters into the contract with. Weill says, my recollection, these are all the government's witnesses. Mr. Waller informed the meeting that Ambassador Bremer had asked him to proceed with obtaining the reverse osmosis equipment. Lawson, who's the one who gives him the money, said he had no personal knowledge of how RTI and Mr. Waller became involved in this water project. He says, I just transferred $100,000 in cash to Mr. Waller. A minute ago you made a statement that RTI understood that Mr. Waller was going to work on other projects apart from his RTI employment. And in your brief you say, RTI understood, as confirmed by the RTI officer who hired Waller, that Waller would continue to oversee his art projects and would continue to work on other projects on his own. And then you cite for us the Banksville email. That's not what the Banksville email says, though, is it? It is, Your Honor. It's at page 51. Right, it's page 51. Show me exactly where it says he's going to continue to work on other projects on his own. Because Mr. Banksville's email, as I read it, says he may continue to work on the two pre-existing art projects, but it does not make any mention at all that there's an understanding he'll do his own individual projects apart from them. So show me where, on page 51, it says that. Well, it says, sort of in the middle, Allen made clear to everyone he'd like to work for RTI but still had unfinished business with ARC, it would take a while to finish up. Remember, your statement in the record is that this RTI officer said in the email that Waller would continue to oversee his art projects and would continue to work on other projects on his own. And you cite this email as the support for that. I think that's what it says, Your Honor, that he had unfinished business with ARC, it would take a while to finish up. Allen could continue wrapping up affairs with ARC. ARC, yes, but not projects on his own unrelated to ARC as you represent in your brief. Well, and this is exactly the complication. He's sort of winding down with ARC. He hasn't started with RTI. He volunteers and says, I'll do this project. He's got the contacts. ARC essentially becomes defunct. And so he carries the ball. And, in fact, he carries the ball past the point where he's employed with RTI. After he's terminated with RTI, he's still the point person for all the issues on this water plan. He's the consistent, Mr. Waller individually is the only consistent thread and the point of contact with the government. He's the one who took the money, he agreed to do it, he got it done. It was a successful project. And the subcontractors look to him for payment. Counsel, I agree with you. It doesn't seem to be a dispute that the project got finished. I agree with that. And hopefully the government will as well when I ask them when they come up. But with regard to whether Mr. Waller was in privative contract, that's really the issue we have to focus on because even if the contract got completed and somebody deserves to be paid, the court doesn't have jurisdiction below if Mr. Waller was not in privative contract. Now, I asked you at the beginning for what material evidence other than his assertion that he was a party to the contract, and you pointed us to the receipt. Is there anything else? Because the other concern I have is that Appendix 31, the letter submitted from him that says, I would also like to confirm that RTI signed for a deposit in the amount of $100,000 which will be passed directly on to AHRQ. This is written by Alan Waller on RTI letterhead. And at the top he identifies himself as Alan Waller of RTI. Now, this statement doesn't say Alan Waller on behalf of RTI. So even if we agree that there was some dispute over those words, this says, I would like to confirm RTI signed for a deposit. How do you get around that? This document of Appendix 31, first of all, this is not the contract. There is a verbal contract. He says, I have tasked ARC to conduct an immediate assessment. So, again, it confirms that he's the one doing all the work. Yes, he uses RTI letterhead, but what does it mean? But he says RTI signed for the deposit. If this were a contract between Alan Waller and the government, why would RTI, not Alan Waller, be signing for the $100,000? The money flows from the U.S. government to Alan Waller to RTI to ARC to the subcontractors. So he's confirming that the money's been paid and that he's passing it on to RTI, but he's the point person. He's the first point of contact. No, it doesn't say the money's been paid and he's passing it on. It says RTI signed for the deposit. You want us to believe when he signed that receipt, he was signing it in his personal capacity, not in his capacity as a representative of RTI. But he follows up, he does, with a letter. This isn't the government's letter. This is his personal letter. He could have chosen to write it in any words he wanted. And he says, I would like to confirm that RTI signed for the deposit. I'm having a lot of trouble finding the material facts that support his allegations in his affidavit. I think the facts come from the statements of the people involved from the CPA because the person, Mr. Born, confirms that he said Mr. Waller individually would do this project. That's key. Why don't you point us at the record where, in fact, there's a statement from Mr. Born to that effect? That's page 22, Your Honor. He says at the bottom of page 22, I believe it's really specific. He told us, Investor Bremer had ordered something to be done to improve the drinking water, and if he, Mr. Waller, was having two reverse osmosis units produced through the Iraqi contacts, he had. And then on the next page, he says, But that doesn't mean he was doing it individually as Mr. Waller at that point. I think it's consistent with my client's position that he individually, you know, volunteered to do this, undertook it on his own behalf. And then Mr. Born says, In the next page, I wasn't involved in actually handing over any money to Mr. Waller. So then the person who was, Mr. Lawson, says, He doesn't know how, he doesn't have any personal knowledge of how the contract was entered into. He just handed over the money. And Mr. Wheel says, on page 26, My recollection is that Mr. Waller informed the meeting that Investor Bremer had asked him to proceed with obtaining reverse osmosis equipment. So, where are you? You move a little faster than I do. Where are you looking on page 26? I want to see the money. It's the last sentence of the first paragraph. It's not the best copy. My recollection is that Mr. Waller informed the meeting that Investor Bremer had asked him to proceed with obtaining the reverse osmosis equipment. And then he goes on to say it's chaotic. And then on the next page, he says, The last sentence of the third paragraph, Mr. Wheel says, Mr. Waller is coming to collect $100,000 for the reverse osmosis plan, although when I was informed, I had no qualms that he should do so, that he should do so. But Mr. Wheel's deposition, we're talking about he because, you know, how they refer to Alan Waller when they're saying specific communications with him. But doesn't Mr. Wheel's deposition overall say that it was his recollection of belief that Alan Waller was a representative of RTI for these purposes? He even talked about him wearing a badge, you know, saying RTI and his belief that this was with RTI. He happened to be wearing a badge, Your Honor. But there's clearly, in my opinion, disputed issues. In fact, there's a lot of facts and a lot of confusion over what happened. I think that the case should be remanded for a hearing so that the board can sort out exactly what happened here for Mr. Waller, asking these questions, and witnesses can be cross-examined and discovery can proceed. Let me ask you a question on the topic right here. The status of the provisional authority, do you agree that if that is not an executive agency of the United States, then this is not a CDA contract and there can be no jurisdiction? That's a legal proposition that's put forward by your opponent. I'm just wondering what your take on that is. Well, if you state it, sort of, if you say that if it's not, then under the law, then obviously, then if you state the answer like that, then there's no jurisdiction. But our position is that the CDA was the United States government. The Congress has said that any references to it after a disbanding should be replaced by the Department of Defense or the Department of State. And the court below didn't get to that issue. And even in the Custer Battles cases, they didn't really get to that issue. They just talked about sources of funds. So our position is it is an executive agency of the United States. Mr. Waller, one further question. We'll restore you three minutes of your time. If, in fact, the contract was oral, will the CDA exemption apply? Well, we would maintain that oral contracts are allowed under the Contract to Speeds Act. And I'm not actually familiar with which exemption you're talking about. Thank you. We'll restore you three minutes of your time. Thank you, Your Honor. Mr. McNamara. May it please the court. I'll give you some time to your time of presentation, if you need it. Okay. May it please the court. Mr. Waller was not a party to a contract with the United States. Was there a contract? There may have been a contract. It was not with Mr. Waller. Who was it with? There may have been a contract with RTI. But it was not. Mr. Waller was not a party to that. If Mr. Waller presented evidence by people at RTI that there was no contract with RTI, then what happens? Mr. Waller does not present any such evidence. If he did, if we sent this back to the board with an opportunity for him to develop the record, then what happens? Even if RTI disclaims that there is a contract, that does not mean that there is no contract. What about if your own site says there's no contract? In the sense that there's at least a statement in the record from the technical mascue, and I think I'm pronouncing the woman's name correctly, that is, quote, there are also no contracts between CPA and RTI or ARC. That's the contracting officer. So if you've got the government on record saying there is no such contract with RTI and there is no such contract with ARC, who did the government have a contract with? We are not bound by what Ms. Maskey said. She was not a lawyer. She did not understand the law. I'm not suggesting that you're bound. I'm suggesting that the standard, I'm curious about the standard that you think you're operating under. I mean, the standard, by your opponent's assertion, is a summary judgment standard. Do you agree with that or disagree with that? Summary judgment is irrelevant. Material facts, in this case, are irrelevant. This Court does not have jurisdiction to entertain this appeal. How can, if I understand your argument correctly, then the fact finder here, the Board of Contract Appeals, can weigh evidence, make a determination on an issue which is both jurisdictional and marriage related. I mean, the existence of a contract or not is a basis of jurisdictional determination, right? There's a distinction here. The concept of privity of contract has two facets. One facet is whether or not the individual is a party to a contract. Another facet is the existence of a contract. The existence of a contract is a merits element. Whether a party, whether an individual is a party to a contract is a jurisdictional element. It's also a matter of merits, isn't it? No, it's not. So you're suggesting that somebody who wasn't in privity of contract could sue on contract's bill? I mean, I think we may be talking past each other. Stick with me for a second, Mr. McNamara, okay? Whether there's a contract or not, you'd agree, goes to both the merits. Does it go to jurisdiction as well? It does. That question is very difficult. And whether Mr. Waller was in privity with the government, you're suggesting that as a matter of contract law, privity of contract is irrelevant. That would be a remarkable assertion. No, that's not what I'm suggesting. Well, then you say it's subject matter jurisdiction only and has nothing to do with the merits. You've lost me. Because since it is a principle of contract law, whether the man was in privity with the government or not seems to me to go to both jurisdiction and the merits. Help me out if I'm confused. As I said, there are two facets to privity of contract. Privity of contract is a very broad concept. It includes the elements of a contract like consideration, neutrality of intent, and authority. But before you get to that question, the court needs to ask whether or not Mr. Waller has shown, by preponderance of the evidence, that he is a party to a contract that exists. We do not dispute the existence of a contract. We merely say that Mr. Waller is not a party to such a contract. Help me out. Who is the contract with? You say, sure, there was one. Who was it with? It may have been with RTI. The question is irrelevant of who it's with because the only point that matters is that it was not with Mr. Waller, and therefore he is not a contractor. And how do you get to that assertion that it was not with Mr. Waller without weighing evidence? This court should weigh jurisdictional facts. Was this man given any opportunity to develop facts? Whether you call it jurisdictional merits, either way, was he given any opportunity to develop a record before the court cut him off? Yes. We moved to dismiss. The government moved to dismiss for lack of jurisdiction. Mr. Waller was presented an opportunity to respond, and he included evidence in the record. Did he have a chance for jurisdictional discovery? I don't think so. I think they decided this case on the papers. And that record before this court is sufficient for this court to find that Mr. Waller has failed to prove that he was in privity of contract with the government, that he was a party to any contract. Is that because of the CPA exemption of CPA contracts? No, it's not. There are two separate jurisdictional issues here, and we have asked the court not to reach the question of whether the CPA is an executive agency of the United States, and instead to decide this case purely on privity of contract grounds. The CPA requires that an individual be a contractor in order to appeal a contracting officer's decision to a board of contract appeals. Likewise, it requires that an individual be a contractor in order to appeal to this court. Mr. Waller seems to assume that he has an automatic right of appeal to this court from the ASPCA. He does not. He must show that he is a contractor pursuant to the CPA. Are you saying that he has to show that without resort to any discovery if there's a dispute about that? Yes. This court needs to examine the record that was created before the board to determine whether or not Mr. Waller has proved, by the pundits of the evidence, that he is a contractor. Okay. Now, in making that determination, what's the perspective that we have to take? Do we have to look at the facts in the light most favorable to the party who's been on movement? No, you don't. Mr. Waller needs to prove the jurisdictional question by the pundits of the evidence. We are attacking jurisdictional facts here, so we do not assume that all of the facts that Mr. Waller alleges are true. The court needs to decide these jurisdictional facts without assuming that they're true or construing them in the light most favorable to the party. And without the non-movement having had the opportunity to develop facts using the tools of discovery to witness facts from the dispute? That's correct. Mr. Waller had an opportunity to submit evidence to the board and failed to submit enough evidence to show that this court has jurisdiction. So if I get your position right, it's this. That it's insufficient, the evidence that was submitted, because it's only his word. And that he doesn't have the right or opportunity to develop evidence from anybody else using the tools of discovery, because that's just not something he's entitled to. So it's his word, and his word isn't enough. In this case, all that he submitted to the board was an affidavit saying that he believed he was acting in his personal capacity. There was no other documentary evidence. We also have affidavits in the record from the relevant CPA officials who state their belief, which was that he was not acting in his personal capacity. But the belief of the parties is really irrelevant. There is no objective evidence in the record that Mr. Waller had a contract. And in fact, there's been no- Don't your affidavits, Lawson's affidavit and some of the other affidavits, raise the issue of factual issues to whether or not he was working on his own behalf? Is that a factual determination that has to be made for jurisdictional purposes? It is. It's a jurisdictional, yes. I mean, it is a jurisdictional fact inquiry that this court has to conduct and determine whether there is enough, whether Mr. Waller has shown by the products of the evidence that this court has jurisdiction. Let me see if I understand that then. I allege that the contract was with me personally, and I received the funds to start the contract. After the contract is completed, I come back to the government and say, give me some more funds for the completion of the contract, which has already been completed. The government says, no, no, we don't have a contract with you. We have it with someone else. Period. I then proceed before the court and allege orally that I had an agreement, and the agreement was carried out, partially carried out and completed. Right? Up to that point? Mm-hmm. But you get affidavits saying, in opposition to that, the board has no jurisdiction because we don't have a contract with Mr. Waller, nor do we have any aspect of a written contract or oral contract with him. We have a contract, but it's with someone else. Don't those affidavits that you submitted really challenge the issue of jurisdiction and be weighed by the court to determine whether or not it has jurisdiction? Yes, I think that's true. When we submitted evidence to the board suggesting that the board lacks jurisdiction, the burden then shifted to Mr. Waller to provide evidence to prove that, in fact, he was in privity of contract with the United States. And the inquiries are— But would it have to be in privity or just the issue of jurisdiction? The issue of—right. The issue of jurisdiction—he has to be in privity, which then leads to jurisdiction. That is, a party to a contract is a prerequisite to—is an Article III. In this court, it's an Article III standing question. If I'm in privity, then basically you're saying that the contract is already in effect. If I'm in privity, that's one of the elements of the contract. Which really jumps over the issue of jurisdiction. I thought you had said that jurisdiction had to be determined first, which is a correct approach, to fully determine whether or not you have a contract. That's true. But if we do not challenge the existence of a contract, and if you look at this court's decisions recently, in SoCal and Anderson and Chancellor Manor and Siena Gardens, we didn't challenge the existence of contracts in those cases. We merely asserted that either the government was not a party to those contracts or that the plaintiffs were not a party to those contracts. Look, for example, at the Martinez case. This is the best example of this. The Court of Federal Claims in the Martinez case held that HUD was not a party to a contract. And it dismissed the case for lack of jurisdiction. It assumed that some contract existed between HUD and some owners and lenders. This court then affirmed the Court of Federal Claims dismissing for a lack of subject matter jurisdiction. The distinction, there is a distinction, and it's difficult, but between this case and Gould and Trauma Services and all of the other, the Spruill line of cases and the Fisher line of cases that say a well-pleaded allegation is enough to invoke this court's jurisdiction. That rule does not apply to the privity context when you define privity as whether an individual is a party to a government contract. That question, whether an individual is a party to a government contract, is an initial threshold determination. The Court of Federal Claims explains this very well in Martinez, which this court then affirms. Let me ask you something. Something from, if you take a look at page 7 of the opinion from the board, there's a statement that, quote, this is in the second paragraph, second to the last sentence, they were not looking to Mr. Waller to finish the project, meaning the CPA and its successor organization. Is that basically a finding of fact? Is that the board looking at evidence and saying, well, we know that he said they were looking to him to finish the contract. We look at the evidence in the case, we say they were not looking to him to finish the project. It's a finding of jurisdictional fact to the extent that Mr. Waller asserts that he was a party to a contract because the government was looking to him to finish that contract. The board was entitled to find that jurisdictional fact. There's nothing wrong with that. The board did not, and the court doesn't have to reach the merits before the question of jurisdiction, which would be forbidden under the Supreme Court's opinion of stealing. The court can just look at jurisdictional facts here and decide this case on jurisdictional facts. That's exactly what the court has done in cases like Pac-Boy Pizza and G.E. Boggs. What is our standard of review here then in this case with regard to the board's decision not to allow discovery, but rather decide on the basis of the pleadings and affidavits and things submitted? What do we review their decision not to allow discovery? Because usually I think of those things as abuse of discretion, you know, a decision below. And that's a pretty discretionary standard. So what is it? You tell me what it is. If this court cannot—if the record is insufficient for this court to find whether or not it has jurisdiction, then the case should be remanded, if that answers your question. But it's Mr. Waller's burden to prove that this court has jurisdiction. Mr. Waller says he'd be able to prove it if given a chance to conduct discovery, and obviously the board below said no discovery for you. So when the board says that and we're looking at, well, is discovery necessary or not, is there a standard of review we're supposed to apply to that discretionary decision of the judge below? I'm sure that there is. I don't think I can answer your question accurately, and I don't want to speculate. Will we not review the determination of jurisdiction as to no vote? You do. But before you review the board's determination of jurisdiction, you have to look at your own. The court must examine its own jurisdiction. It has an obligation to examine its own jurisdiction. And that, of course—this court's jurisdiction is a question of law, and obviously the court reviews to no vote. But then, yes, the court would—if this court did have jurisdiction, it would then review the board's jurisdictional determination as well to no vote. If I could just say one thing about the CPA issue. We asked the court not to address this issue, and I just would like to reiterate that. The government feels very strongly that if the court would like to address the issue, whether the CPA is an executive agency, that they just give us an opportunity to review the issue for now. Well, that issue has not been briefed. It has not. And if the court were to try to— It was not decided below either. It was not decided below. If the court were to try to decide that issue, we would just like a little bit of input into that inquiry. Again, Mr. Waller does not contribute contracts with the government because he was not a party to any contract that exists here. And therefore, this court, pursuant to the CPA— Let me move on, if you don't mind, one final question. The water plants were successfully built, though, right? They were successfully built. The government concedes they were built. There's no problem with them. They're willing to pay $98,000 to someone to balance out the contract. For example, the subcontractors who did the work. But Mr. Waller was not a contributor to the contract, and equity does not compel— So if the subcontractors who did the work presented themselves for payment, the government would issue checks. Okay. You said to the subcontractors who did the work. I just want to make sure I understand your assertion. If equity—No. The subcontractors were also not a contributor to the contract with the government. But if equity compels payment to anyone, it would compel payment to the subcontractors. I mean, in reality, payment should go to RTI. It should go to anyone. And then, you know, equitably, the Iraqis did the work. They should get paid. But Mr. Waller has absolutely no claim to—any equitable claim to this money. Again, we ask that this Court dismiss this appeal for lack of jurisdiction. Thank you, Mr. Messonnier. Thank you. Can we briefly have three more minutes? First, I can confirm that Ms. Waller is not allowed to conduct discovery, and so it's difficult to tell the whole story with a limited record. Second, Judge, you mentioned the exemption of the CPA. I'm not sure it really matters at this point, but I— What discovery would he have conducted if he was given a chance? I think the primary discovery would be with RTI to establish that the verbal—oral contract was established before he joined RTI. Second, that RTI never took ownership of it. And third, that after his appointment terminated with RTI, that they didn't do anything to help him. They didn't back him up, and that what he was— Okay, so hold on. So mainly you want to focus on RTI's sort of disclaimer of the contract. That's kind of where you're going with your discovery. Disclaim—well, because the government doesn't know what they did. I mean, if you look at the declarations, they say—I don't know. One guy says, well, he said he was going to build water plants, but I didn't give him the money. The other guy says, I gave him the money, but I didn't know what the contract was. So we have to eliminate RTI. The government said, yes, it was a contract. What happened to the rest of the money Waller got? I mean, he got $100,000, and he can only account for $40,000-something, and yet he wrote a lot of e-mails to the government saying his life was under threat and all of that, which, you know, why didn't he give the rest of the money he got to those people? You know, if it was remanded, we could have the whole hearing on what exactly happens to the money. I don't know. It's been years now. He's still in the Middle East. He probably paid off the subcontractors to avoid his own risk of harm to his own person. Well, why wouldn't you have submitted that evidence then? Because proof that he paid other subcontractors, and the government asked him for that multiple times in e-mails, and he never presented any such proof. Well, the record closed, you know, over a year and a half ago, and he's been in the Middle East the entire time. We're stuck with the record we have. We'd love a chance to go back and supplement the record. But in some regard, I think that the issue of whether there was a contract, whether there was privity, whether there was jurisdiction is all the same question, which is whether Mr. Waller had a contract with the United States government. He did the work. It was successfully completed. He received half the payments. RTI has submitted statements and evidence in this record and has not claimed any involvement with the contract. The government has said it did not have a contract with RTI, and the government has said that there was a contract. So I think that there are disputed issues of material fact. And if we had more of a chance to conduct discovery and cross-examination, we could establish that, in fact, Mr. Waller verbally, orally contracted with Ambassador Paul Bremer and Mr. Warren to build these waterplanes. He did it, and he was only paid for half. Is RTI still in existence? My understanding is they shut down operations in Iraq, but I think they're basically a research facility down in North Carolina. Thank you, Your Honor. The case is submitted.